FILED: November 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1491
(2:19-cv-00878)

_____

LEE ANN SOMMERVILLE, individually, and on behalf of all others similarly situated

         Plaintiff - Appellant

v.

UNION CARBIDE CORPORATION; COVESTRO LLC

         Defendants - Appellees

------------------------------

AMERICAN TORT REFORM ASSOCIATION; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; LAWYERS FOR CIVIL JUSTICE

         Amici Supporting Rehearing Petition

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk